PROB 12C
(6/16)

Report Date: August 1, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Avery Warren Frank | Case Number: 0980 1:24CR02022-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ | Wishram, Washington 98673 |

Name of Sentencing Judicial Officer:  The Honorable Michael H. Simon, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: July 13, 2020

| | | |
|---|---|---|
| Original Offense: | Assault resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: July 13, 2020 |
| Defense Attorney: | To be assigned | Date Supervision Expires: July 12, 2025 |

### PETITIONING THE COURT

To issue a summons.

On July 6, 2023, conditions of probation were reviewed and signed by Mr. Frank acknowledging an understanding of his requirements and conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Frank is alleged to have violated his conditions of probation by committing another local crime, driving under the influence (DUI), Klickitat County District Court case number 4A0038141, on July 30, 2024.<br><br>On July 29, 2024, at approximately 11:14 p.m., Klickitat County Sheriff's Office (KCSO) received an informational call from Inner Tribe that a blue Ford Taurus was driving north on Highway 197, most likely headed toward Wishram, with partial plate BXX that was DUI. A deputy drove from the Goldendale area and parked west of Wishram on Highway 14, facing eastbound, a considerable distance off the road on a pull-out.<br><br>On July 30, 2024, at approximately 1:36 a.m., a dark color sedan matching the description was headed eastbound on Highway 14 doing approximately 40 miles per hour in a 60-mile-per-hour zone. The KCSO deputy found this suspicious and pulled out to follow the vehicle. The vehicle then sped up and slowed to approximately 42 miles per hour. The |

Prob12C
**Re: Frank, Avery Warren
August 1, 2024
Page 2**

vehicle braked several times on straight sections of the roadway in a strange manner and drifted to the outside of the roadway. The vehicle turned onto Gorge Country Loop View Road in Wishram, where the KCSO deputy activated his lights. The vehicle (BXX6518), a blue Ford Taurus, pulled to the side of the roadway.

The deputy approached the vehicle and notified the driver that he was Deputy McBride and he was recording. The driver, Avery Frank, stated he was on his way home from Bingen, Washington, where he had been working. Deputy McBride noticed immediately that Mr. Frank's speech was slurred, The deputy could detect an odor of intoxicants, and Mr. Frank's eyes were watery and bloodshot. Deputy McBride asked Mr. Frank for his license. Mr. Frank told the deputy he did not have one and shook his head. The deputy asked Mr. Frank for his vehicle registration and insurance. Mr. Frank handed the deputy a large stack of paperwork from his glove box, including tire purchases, registration, and vehicle sale information. Deputy McBride ran Mr. Frank's information and confirmed he had no valid license and was on probation.

The deputy asked Mr. Frank if he would be willing to perform any field sobriety tests. He said he would not. The deputy asked Mr. Frank if he would be willing to do a preliminary breath test. He said he would not.

The deputy informed Mr. Frank that he was under arrest for DUI and would be transporting him to the jail to perform a Dragger test. As Mr. Frank stepped out of the vehicle, the deputy noticed he swayed and stumbled as he walked, and the zipper on his pants was down. On transport to the jail, Mr. Frank was heard snoring several times. Once at the jail, the deputy read Mr. Frank his Miranda Rights from his issued card word for word. Deputy McBride asked Mr. Frank if he understood his rights. He said yes.

Deputy McBride escorted Mr. Frank to the Dragger machine and asked if he would do a breath sample. At first, Mr. Frank said he would, then he asked to speak with an attorney. The deputy assisted Mr. Frank in calling the 24-hour attorney line. He called, then hung up, and said they would call him back. Mr. Frank fell asleep on the jail floor.

After approximately 20 minutes with no return call, the deputy called the hotline back and spoke with Kip Kindrick, the on-call attorney. Mr. Kindrick told the deputy that Mr. Frank had called and hung up. The deputy had Mr. Frank woken up and let him speak with Mr. Kindrick privately. Once Mr. Frank was done, the deputy spoke with Mr. Kindrick, who said he advised Mr. Frank to give breath samples but not to answer any questions.

The deputy returned Mr. Frank to the Dragger machine, where he gave breath samples: IR .164 EC .168 and IR .182 EC .188. The deputy informed Mr. Frank that he was arrested for Driving Under the Influence, in violation of Revised Code of Washington (RCW) 46.60.502. The deputy also cited Mr. Frank for driving without a license. Mr. Frank could not get ahold of anyone to take the vehicle and asked for it to be locked, and the keys were brought to him.

On July 30, 2024, Mr. Frank appeared before the court in custody for his arraignment. Probable cause was found and bail was set for $2,500. Mr. Frank posted bail and was released from custody. He is scheduled for a trial status hearing on August 15, 2024, at 2:30 p.m.

Prob12C
Re: Frank, Avery Warren
August 1, 2024
Page 3

      2      **Mandatory Condition # 1:** You must not commit another federal, state or local crime.

            **Supporting Evidence:** Mr. Frank is alleged to have violated his conditions of probation by committing another local crime, physical control, Klickitat County District Court case number 4A0038141, on July 30, 2024.

            Please refer to the supportive evidence narrative found in Violation #1.

      3      **Special Condition #9:** You must not use or possess alcohol.

            **Supporting Evidence:** Mr. Frank is alleged to have violated his conditions of probation by consuming alcohol on July 30, 2024.

            Please refer to the supportive evidence narrative found in Violation #1.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 1, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*
Signature of Judicial Officer

8/1/2024
Date